**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd., Ste. 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
LATASHA EUGENIO,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA EUGENIO,<br><br>             Plaintiff,<br><br>   vs.<br><br><br>WESTLAKE PORTFOLIO MANAGEMENT, LLC,<br><br>             Defendant(s), | Case No.: 2:20-cv-07523-VAP-KS<br><br>**NOTICE OF SETTLEMENT** |

### NOTICE OF SETTLEMENT

   NOW COMES Plaintiff, LATASHA EUGENIO, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through

- 1 -

NOTICE OF SETTLEMENT

counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

|  |  |
|---|---|
| Dated: October 26, 2020 | RESPECTFULLY SUBMITTED,<br>**MARTIN & BONTRAGER, APC**<br><br>By: <u>/s/ G. Thomas Martin, III</u><br>G. Thomas Martin, III<br>*Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.

- 3 -

NOTICE OF SETTLEMENT